

PACHULSKI
STANG
ZIEHL
YOUNG
JONES
WEINTRAUB

LAW OFFICES
PROFESSIONAL CORPORATION
WILMINGTON, DE
LOS ANGELES, CA
SAN FRANCISCO, CA
NEW YORK, NY

919 NORTH MARKET STREET
16th FLOOR
P.O. BOX 8705
WILMINGTON
DELAWARE 19899-8705

TELEPHONE 302/652 4100
FACSIMILE 302/652 4400

Sandra G. McLamb

May 17, 2005

smclamb@pszyjw.com
(302) 778-6443

FILED
2005 MAY 17 PM 1: 54
CLERK
U.S. BANKRUPTCY COURT
DISTRICT OF DELAWARE

David Bird
Clerk of the Court
U.S. Bankruptcy Court
824 Market Street
Wilmington, DE

**RE: S-Tran Holdings, Inc., et al.,
Case No. 05-11391**

Dear Mr. Bird: