IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| S-TRAN HOLDINGS, INC., et al.,[1] | ) | Case No. 05-11391 (KJC) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |

## SCHEDULE OF UNPAID POST-PETITION DEBTS PURSUANT TO BANKRUPTCY RULE 1019(5)

On January 25, 2010, the United States Bankruptcy Court for the District of Delaware entered an order (the "Conversion Order," Docket No. 1287) converting the bankruptcy cases of the above-captioned chapter 11 debtors (the "Debtors") to cases under chapter 7 of the Bankruptcy Code, effective as of January 25, 2010. In accordance with the Conversion Order, attached hereto as Exhibit A is a the Debtors' schedule of unpaid debts pursuant to Bankruptcy Rule 1019(5) (the "Schedule").[2]

I declare under penalty of perjury (28 U.S.C. § 1746) that this schedule and the attached Exhibit A are true and correct to the best of my knowledge and belief.

Dated: February 8, 2010

_____
Alan M. Smith
Chief Financial Officer of the Former Chapter 11 Debtors
and Debtors in Possession

---

[1] The Debtors are the following entities: S-Tran Holdings, Inc., a Delaware Corporation; Service Transport, Inc., a Tennessee Corporation; and Dixie Trucking Company, Inc., a North Carolina Corporation.
[2] On July 24, 2007, the Court entered an order authorizing the amended retention of BDO Seidman, LLP ("BDO"). BDO completed and the Debtors filed their 2005 federal tax return. Subsequent federal returns and state returns for 2005 and following years have not been completed. In the absence of completed returns, the Debtors' cannot provide liquidated figures for post-petition tax debts. However, because the Debtors ceased operations prior to commencing these cases, and in light of the operating losses reflected on the 2005 federal returns that would carry forward, the Debtors believe that no post-petition amounts are owing with respect to any such taxes.

DOCS_DE:157308.1