# EXHIBIT A

DOCS_DE:157308.1

| Name & Address | Amount | Priority | Contingent / Unliquidated / Disputed | Description | Comment |
|---|---|---|---|---|---|
| BDO Seidman<br>1001 Morehead Square Drive<br>Suite 300<br>Charlotte, NC 28203 | $9,836.15 | Administrative | | Professional fees | Final payment for completion of 2005 tax work by the Debtors' auditors pursuant to retention authorized by the Bankruptcy Court. Final fee application to be filed by March 26, 2010. |
| Duncans Transfer & Storage<br>3171 Highway 111<br>Cookeville, TN 38506 | $0 | Administrative | | Document storage fees | $368 per month incurred on a monthly basis. Fee paid through January 31, 2010. |
| Foley & Lardner LLP<br>3000 K Street, N.W.<br>Suite 500<br>Washington, DD 20007 | To be determined | Administrative | | Professional fees | Counsel to the Official Committee of Unsecured Creditors pursuant to retention authorized by the Bankruptcy Court. Final fee applications to be filed by March 26, 2010. |
| Office of the United States Trustee<br>844 King Street<br>Suite 2207, Lockbox 35<br>Wilmington, DE 19801 | $1,950.00 | Administrative | | U.S. Trustee Quarterly Fees | Quarterly fees due for the 4th quarter 2009 and the first quarter of 2010 prior to conversion. |
| Pachulski Stang Ziehl & Jones LLP<br>919 North Market Street<br>17th Floor<br>P.O. Box 8705<br>Wilmington, DE 19899-8705<br>(Courier 19801) | To be determined | Administrative | | Professional fees | Debtors' bankruptcy counsel pursuant to retention authorized by the Bankruptcy Court. Final fee applications to be filed by March 26, 2010. |

| Potter Anderson & Corroon LLP
Hercules Plaza
1313 North Market Street
Wilmington, DE 19801 | To be determined | Administrative | Professional fees | Counsel to the Official Committee of Unsecured Creditors pursuant to retention authorized by the Bankruptcy Court. Final fee applications to be filed by March 26, 2010. |