IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| S-TRAN HOLDINGS, INC., et al.,[1] | ) | Case No. 05-11391 (KJC) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | |

## AFFIDAVIT OF SERVICE

| | |
|---|---|
| STATE OF DELAWARE | ) |
| | )SS: |
| COUNTY OF NEW CASTLE | ) |

Karina Yee, being duly sworn according to law, deposes and says that she is employed by the law firm of Pachulski Stang Ziehl & Jones LLP, counsel for the Debtors, in the above-captioned action, and that on the 8th day of February, 2010, she caused a copy of the following document(s) to be served upon the individuals on the attached service list(s) in the manner indicated:

**Schedule of Unpaid Post-Petition Debts Pursuant to Bankruptcy Rule 1019(5)**

_Karina Yee_
Karina Yee

Sworn to and subscribed before
me this 8th day of February, 2010

_Notary Public_
My Commission Expires: July 18, 2011

DEBRA L. YOUNG
NOTARY PUBLIC
STATE OF DELAWARE
My commission expires July 18, 2011

---

[1] The Debtors are the following entities: S-Tran Holdings, Inc., a Delaware Corporation; Service Transport, Inc., a Tennessee Corporation; and Dixie Trucking Company, Inc., a North Carolina Corporation.

80960-001\DOCS_DE:109555.90

S-Tran Holdings, Inc. Core Service List
Case No. 05-11391 (KJC)
Document No. 108605.2
01 – Interoffice Mail
03 – Hand Delivery
06 – First Class Mail

(Counsel for the Debtors)
Laura Davis Jones, Esq.
Michael R. Seidl, Esq.
Pachulski Stang Ziehl & Jones LLP
919 N. Market Street, 17th Floor
Wilmington, DE 19801

**Interoffice Mail**
(Counsel for the Debtors)
David M. Bertenthal, Esq.
Pachulski Stang Ziehl & Jones LLP
Three Embarcadero Center, Suite 1020
San Francisco, CA 94111

**Hand Delivery**
(Office of the United States Trustee)
David L. Buchbinder, Esq.
Office of the United States Trustee
J. Caleb Boggs Federal Building
844 N. King Street, Suite 2207
Lockbox 35
Wilmington, DE 19801

**Hand Delivery**
(Counsel for the Official Committee of
Unsecured Creditors)
Steven M. Yoder, Esq.
Potter Anderson & Corroon LLP
Hercules Plaza
1313 N. Market Street
Wilmington, DE 19801

**Hand Delivery**
(Counsel for Equity Holder, American
Capital Financial Services, Inc.)
Thomas G. Macauley, Esq.
Elizabeth D. Power, Esq.
Zuckerman Spaeder LLP
919 Market Street, Suite 990
Wilmington, DE 19801

**First Class Mail**
Joe Chandler
President and Chief Executive Officer
c/o Greatwide Truckload Management
2150 Cabot Blvd. West
Langhorne, PA 19047

**First Class Mail**
(Counsel for the Official Committee of
Unsecured Creditors)
Mark J. Wolfson, Esq.
Foley & Lardner LLP
100 N. Tampa Street, Suite 2700
Tampa, FL 33602

**First Class Mail**
(Counsel for the Official Committee of
Unsecured Creditors)
Mark A. Salzberg, Esq.
Foley & Lardner LLP
3000 K Street, N.W., Suite 500
Washington, DC 20007

**First Class Mail**
(Counsel for LaSalle Bank)
Douglas J. Lipke, Esq.
Vedder, Price, Kaufman & Kammholz, P.C.
222 N. LaSalle Street
Chicago, IL 60601

**First Class Mail**
(Counsel for Equity Holder, American
Capital Financial Services, Inc.)
Michael L. Bernstein, Esq.
Arnold & Porter LLP
Thurman Arnold Building
555 Twelfth Street, N.W.
Washington, DC 20004-1206

**First Class Mail**
(Chapter 7 Trustee)
Alfred Thomas Giuliano, Trustee
Giuliano Miller & Co., LLC
Berlin Business Park
140 Bradford Drive
West Berlin, NJ 08091